**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| J.D. and R.D.,<br><br>        Plaintiffs,<br><br>  v.<br><br>BENJAMIN PRICE; SULZER TURBO SERVICES NEW ORLEANS, INC.; DELTA AIR LINES, INC.; OHIO VALLEY BISTROS, INC., HOST INTERNATIONAL, INC., and HMSHOST CORPORATION,<br><br>        Defendants. | CIVIL ACTION<br><br>CASE NO. 2:20-cv-749 |

### DEFENDANT DELTA AIR LINES, INC.'S WITNESS LIST

| | Witness | Will / May Call | Offer of Proof of Substance of Testimony |
|---|---|---|---|
| 1. | J.D.<br>c/o Amanda C. Dure, Esq.<br>PANGIA LAW GROUP<br>1717 N Street NW<br>Suite 300<br>Washington, DC 20036<br>adure@pangialaw.com<br>(202) 955-6153 | Will Call | J.D. is a Plaintiff and is expected to testify regarding her background, first-hand knowledge of the alleged sexual assault taking place while aboard Delta Flight 1860 on May 20, 2018, and her alleged damages. |
| 2. | Benjamin Price<br>c/o Sunshine Fellows, Esq.<br>LEWIS, BRISBOIS, BISGAARD & SMITH, LLP<br>One PPG Place 28th Floor<br>Pittsburgh, PA 15222<br>P: (412) 250-7304<br>Sunshine.R.Fellows@lewisbrisbois.com | Will Call | Mr. Price is a Defendant and is expected to testify regarding the claims made against him and his actions while aboard Delta Flight 1860 on May 20, 2018. |
| 3. | Renae Asay<br>c/o Kathryn A. Grace, Esq.<br>Jason Rojas, Esq.<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP<br>Two Commerce Square<br>2001 Market Street, Suite 3100<br>Philadelphia, PA 19103<br>P: (215) 606-3927<br>F: (215) 627-2665<br>Kathryn.grace@wilsonelser.com<br>Jason.rojas@wilsonelser.com | Will Call | Ms. Asay is a Delta Air Lines, Inc. employee and is expected to testify regarding her observations, her duties as a gate agent, Delta's policies and procedures relating to intoxicated passengers, and her knowledge of the subject incident on Delta Flight 1860 on May 20, 2018. |

| 4. | Captain James McKenzie<br>c/o Kathryn A. Grace, Esq.<br>Jason Rojas, Esq.<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP<br>Two Commerce Square<br>2001 Market Street, Suite 3100<br>Philadelphia, PA 19103<br>P: (215) 606-3927<br>F: (215) 627-2665<br>Kathryn.grace@wilsonelser.com<br>Jason.rojas@wilsonelser.com | May Call | Cpt. McKenzie is a Delta Air Lines, Inc. employee and is expected to testify regarding his knowledge of Delta's policies and procedures relating to intoxicated passengers and knowledge and observations of the subject incident on Delta Flight 1860 on May 20, 2018. |
|---|---|---|---|
| 5. | First Officer Bradford Frost<br>c/o Kathryn A. Grace, Esq.<br>Jason Rojas, Esq.<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP<br>Two Commerce Square<br>2001 Market Street, Suite 3100<br>Philadelphia, PA 19103<br>P: (215) 606-3927<br>F: (215) 627-2665<br>Kathryn.grace@wilsonelser.com<br>Jason.rojas@wilsonelser.com | Will Call | FO Frost is a Delta Air Lines, Inc. employee and is expected to testify regarding his knowledge of Delta's policies and procedures relating to intoxicated passengers and his knowledge and observations of the subject incident on Delta Flight 1860 on May 20, 2018. |
| 6. | R.D.<br>c/o Amanda C. Dure, Esq.<br>PANGIA LAW GROUP<br>1717 N Street NW<br>Suite 300<br>Washington, DC 20036<br>adure@pangialaw.com<br>(202) 955-6153 | Will Call | R.D. is a Plaintiff and is expected to testify regarding his background and his claimed damages as a result of the subject incident on Delta Flight 1860 on May 20, 2018 |
| 7. | Dequavius Baker<br>3725 Princeton Lakes Parkway, Apt. 6312<br>Atlanta, GA 30331<br>c/o Kathryn A. Grace, Esq.<br>Jason Rojas, Esq.<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP<br>Two Commerce Square<br>2001 Market Street, Suite 3100<br>Philadelphia, PA 19103<br>P: (215) 606-3927<br>F: (215) 627-2665<br>Kathryn.grace@wilsonelser.com<br>Jason.rojas@wilsonelser.com | May Call | Mr. Baker was a Delta Air Lines, Inc. employee and is expected to testify regarding his knowledge of Delta's policies and procedures relating to intoxicated passengers and his knowledge and observations of the subject incident on Delta Flight 1860 on May 20, 2018. |

| 8. | Juavesha Stephens<br>318 Lara Lane<br>McDonough, GA 30253<br>c/o Kathryn A. Grace, Esq.<br>Jason Rojas, Esq.<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP<br>Two Commerce Square<br>2001 Market Street, Suite 3100<br>Philadelphia, PA 19103<br>P: (215) 606-3927<br>F: (215) 627-2665<br>Kathryn.grace@wilsonelser.com<br>Jason.rojas@wilsonelser.com | Will Call | Ms. Stephens was a Delta Air Lines, Inc. employee and is expected to testify regarding her knowledge of Delta's policies and procedures relating to intoxicated passengers, past experience, and her knowledge observations of the subject incident on Delta Flight 1860 on May 20, 2018. |

Date:  July 22, 2022

Respectfully submitted,

**DELTA AIR LINES, INC.**

By counsel,

 */s/Jason B. Rojas*
Jason Rojas, Esquire
PA ID No. 320131
**Wilson Elser Moskowitz Edelman & Dicker, LLP**
Two Commerce Square
2001 Market Street - Suite 3100
Philadelphia, PA 19103
215.627.6900
215.627.2665 (Facsimile)
Jason.Rojas@wilsonelser.com
*Counsel for Delta Air Lines, Inc.*

## CERTIFICATE OF SERVICE

      I certify that on July 22, 2022, that a true and correct copy of the foregoing DEFENDANT DELTA AIR LINES, INC.'S WITNESS LIST was served upon the counsel of record via ECF filing:

| | |
|---|---|
| Douglas P. Desjardins<br>Amanda Dure<br>Pangia Law Group<br>1717 N. St., NW<br>Suite 300<br>Washington, DC 20036<br>(202) 638-5300<br>dpd@pangialaw.com<br>adure@pangialaw.com<br>*Counsel for Plaintiff J.D. and R.D.* | Thomas DiStefano<br>Maureen E. Daley<br>Rawle & Henderson LLP<br>The Henry W. Oliver Building<br>Suite 1000<br>535 Smithfield Street<br>Pittsburgh, PA 15222<br>tdistefano@rawle.com<br>MDaley@rawle.co<br>*Counsel for Defendant Host International, Inc., HMSHost Corporation* |
| Julianne Beil<br>Cutruzzula & Nalducci<br>3300 Grant Building<br>310 Grant Street<br>Pittsburgh, PA 15210<br>jbeil@cnlawfirm.net<br><br>Donald H. Smith<br>Todd A. Gray<br>Sunshine R. Fellows<br>Chloe Zidian<br>Lewis, Brisbois, Bisgaard & Smith<br>One PPG Place, 28th Floor<br>Pittsburg, PA 15222<br>(412) 567-5596<br>Donald.Smith@lewisbrisbois.com<br>Todd.Gray@lewisbrisbois.com<br>Sunshine.R.Fellows@lewisbrisbois.com<br>Chloe Zidian@lewisbrisbois.com<br>*Counsel for Defendant Benjamin Price* | |

                                              **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

                                              */s/Jason B. Rojas*
                                              Jason Rojas, Esquire
                                              *Counsel for Delta Air Lines, Inc.*