# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.D. and R.D.<br><br>                Plaintiffs<br>  v.<br><br>BENJAMIN PRICE; DELTA AIR LINES, INC.; HOST INTERNATIONAL, INC., and HMSHOST CORPORATION<br><br>                Defendants | CIVIL ACTION<br><br>CASE NO. 2:20-cv-749 |

## PLAINTIFFS' NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiffs J.D. and R.D., through their undersigned counsel, hereby accept and provide notice that they have accepted Defendants HMSHost Corporation and Host International, Inc.'s Offer of Judgment to Plaintiffs to allow judgment to be taken against them in the amount of $375,000.00. Dollars, inclusive of costs incurred to date, within 14 days of service of the offer date September 9, 2022, attached hereto as Exhibit 1.

Respectfully submitted this the 13th of September, 2022.

                                        PANGIA LAW GROUP

                                        <u>/s/ Amanda C. Dure</u>
                                        Amanda C. Dure
                                        *Pro Hac Vice*
                                        Douglas P. Desjardins, Esq.
                                        Pa. Bar No. 71975
                                        Joseph L. Anderson, Esq.
                                        *Pro hac vice*
                                        1717 N St., NW
                                        Suite 300
                                        Washington, DC 20036
                                        (202) 638-5300
                                        <u>dpd@pangialaw.com</u>

adure@pangialaw.com
janderson@pangialaw.com

*Attorneys for Plaintiff J.D. and R.D.*

# CERTIFICATE OF SERVICE

      I certify that on this the 13th day of September, 2022, that a true and correct copy of the foregoing **PLAINTIFFS' NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT** was served upon the counsel of record via ECF filing:

| | |
|---|---|
| Shane Miller, Esq.<br>Sunshine Fellows, Esq.<br>Chloe Zidian, Esq.<br>LEWIS, BRISBOIS, BISGAARD & SMITH, LLP<br>One PPG Place 28th Floor<br>Pittsburgh, PA 15222<br>P: (412) 250-7304<br>F: (412) 567-5494<br>Shane.miller@lewisbrisbois.com<br>Sunshine.R.Fellows@lewisbrisbois.com<br>Chloe.zidian@lewisbrisbois.com<br>*Counsel for Defendant Benjamin Price* | Kathryn A. Grace, Esq.<br>Jason.rojas@wilsonelser.com<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP<br>Two Commerce Square<br>2001 Market Street, Suite 3100<br>Philadelphia, PA 19103<br>P: (215) 606-3927<br>F: (215) 627-2665<br>Kathryn.grace@wilsonelser.com<br>Jason.rojas@wilsonelser.com<br>*Counsel for Defendant Delta Air Lines, Inc.* |
| Thomas DiStefano, Esq.<br>Maureen E. Daley, Esq.<br>RAWLE & HENDERSON, LLP<br>The Henry W. Oliver Building<br>535 Smithfield Street<br>Suite 1000<br>Pittsburgh, PA 15222<br>tdistefano@rawle.com<br>MDaley@rawle.com<br>*Counsel for Defendant Host International, Inc.,*<br>*HMSHost Corporation* | |

 /s/ Amanda C. Dure