## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **J.D and R.D.,** | : CIVIL ACTION NO. 2:20-cv-749 |
| **Plaintiffs,** | : |
| **vs.** | : JURY TRIAL DEMANDED |
| | : |
| **BENJAMIN PRICE, SULZER TURBO** | : |
| **SERVICES NEW ORLEANS, INC.,** | : |
| **DELTA AIR LINES, INC., OHIO** | : |
| **VALLEY BISTROS, INC., HOST** | : |
| **INTERNATIONAL, INC. and** | : |
| **HMSHOST CORPORATION** | : |
| **Defendants.** | : |

## OFFER OF JUDGMENT

Defendants, Host International, Inc. and HMSHost Corporation, by and through its attorneys, Rawle & Henderson LLP, hereby offer to plaintiffs, ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ to allow judgment to be taken against them for Three Hundred Seventy Five Thousand ($375,000.00) Dollars, inclusive of costs incurred to date, pursuant to Rule 68 of the Federal Rules of Civil Procedure.  An acceptance of this offer must be in writing by Notice of Acceptance within 14 days of service of this offer.

Respectfully submitted,
RAWLE & HENDERSON LLP

BY: _____

Maureen E. Daley, Esquire
Pa. I.D. #75000
Thomas DiStefano, Esquire
Pa. I.D. #202847
The Henry W. Oliver Building
Suite 1000
535 Smithfield Street
Pittsburgh, PA  15222
(412) 261-5700
MDaley@rawle.com
tdistefano@rawle.com
*Counsel for Defendants Host International, Inc.,
and HMSHost Corporation*

**Date:** September 9, 2022

16257638-1