# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIE DINGMAN and RUSSELL DINGMAN<br><br>　　　　Plaintiffs<br><br>　v.<br><br>BENJAMIN PRICE; DELTA AIR LINES, INC.; HOST INTERNATIONAL, INC., and HMSHOST CORPORATION<br><br>　　　　Defendants | CIVIL ACTION<br><br>CASE NO. 2:20-cv-749 |

## DEFENDANT DELTA AIR LINES, INC.'S CROSS-DESIGNATION OF EXPERT WITNESSES

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), Defendant Delta Air Lines, Inc. ("Delta") cross-designates the following expert witnesses who may testify at the trial of this civil action.

**1. Michael McCabe, Ph.D.**

　　Dr. McCabe's CV, prior testimony, and report have been previously disclosed by Defendants Host International, Inc. and HMSHost Corporation.

**2. Dr. Manuel David Reich**

　　Dr. Reich's CV and report have been previously disclosed by Defendants Host International, Inc. and HMSHost Corporation.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER

1

|  |  |
|---|---|
| | BY:   <u>*/s/ Kathryn A. Grace*</u><br>Kathryn A. Grace, Esquire<br>Jason B. Rojas, Esquire - PA ID No. 320131<br>**Wilson Elser Moskowitz Edelman & Dicker, LLP**<br>Two Commerce Square<br>2001 Market Street - Suite 3100<br>Philadelphia, PA 19103<br>(P) 215.627.6900<br>(F) 215.627.2665<br>Kathryn.Grace@wilsonelser.com<br>Jason.Rojas@wilsonelser.com |
| Date: September 14, 2022 | |

## CERTIFICATE OF SERVICE

Kathryn A. Grace, Esquire, attorney for Defendant, Delta Airlines, Inc., hereby certifies that on the date set forth below, a true and correct copy of the foregoing Cross-Designation was filed with the Court and that such document is available for viewing and downloading from the Court's ECF system. Service on the counsel of record has been effectuated by electronic means.

Douglas P. Desjardins
Amanda Dure
Pangia Law Group
1717 N. St., NW
Suite 300
Washington, DC 20036
(202) 638-5300
dpd@pangialaw.com
adure@pangialaw.com
*Attorneys for Plaintiffs*

Thomas DiStefano
Maureen E. Daley
Rawle & Henderson LLP
The Henry W. Oliver Building
Suite 1000
535 Smithfield Street
Pittsburgh, PA 15222
tdistefano@rawle.com
MDaley@rawle.co
*Attorneys for Defendants HOST International, Inc. and HMSHOST Corporation*

Donald H. Smith
Todd A. Gray
Sunshine R. Fellows
Lewis, Brisbois, Bisgaard & Smith
One PPG Place, 28th Floor
Pittsburg, PA 15222
 (412) 567-5596
Donald.Smith@lewisbrisbois.com
Todd.Gray@lewisbrisbois.com
Sunshine.R.Fellows@lewisbrisbois.com
*Attorneys for Benjamin Price*

Date: September 14, 2022           By: __/s/ Kathryn A. Grace_
                                                                                      Kathryn A. Grace, Esquire