# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.D. and R.D.<br><br>                Plaintiffs<br>   v.<br><br>BENJAMIN PRICE; SULZER TURBO SERVICES NEW ORLEANS, INC.; DELTA AIR LINES, INC.; OHIO VALLEY BISTROS, INC., HOST INTERNATIONAL, INC., and HMSHOST CORPORATION<br><br>                Defendants | CIVIL ACTION<br><br>CASE NO.  2:20-cv-749 |

### JOINT MOTION *IN LIMINE* OF DEFENDANTS, DELTA AIR LINES, INC. AND BENJAMIN PRICE, TO EXCLUDE RECORDS NOT PRODUCED DURING DISCOVERY AND ANY TESTIMONY RELATING TO SUCH RECORDS

Defendant Delta Air Lines, Inc. ("Delta") and Defendant Benjamin Price ("Price") jointly move this Court, pursuant to Rule 37(c) of the Federal Rules of Civil Procedure and Rule 403 of the Federal Rules of Evidence, to exclude the 2022 treatment records from Virginia Holm, LCSW, which were not produced during discovery and any testimony from Ms. Holm relating to such records, for the reasons set forth in the accompanying memorandum of law.

///

///

///

Respectfully submitted,

BY: _____/s/_Kathryn A. Grace_____
Kathryn A. Grace, Esquire
Jason B. Rojas, Esquire - PA ID No. 320131
**Wilson Elser Moskowitz Edelman & Dicker, LLP**
Two Commerce Square
2001 Market Street - Suite 3100
Philadelphia, PA 19103
(P) 215.627.6900
(F) 215.627.2665
Kathryn.Grace@wilsonelser.com
Jason.Rojas@wilsonelser.com
*Attorneys for Defendant Delta Air Lines, Inc.*

Date: September 19, 2022

BY: _____/s/_Paul Shane Miller_____
Donald H. Smith
Todd A. Gray
Sunshine R. Fellows
Paul Shane Miller
Lewis, Brisbois, Bisgaard & Smith
One PPG Place, 28th Floor
Pittsburg, PA 15222
(412) 567-5596
Donald.Smith@lewisbrisbois.com
Todd.Gray@lewisbrisbois.com
Sunshine.R.Fellows@lewisbrisbois.com
Shane.Miller@lewisbrisboiscom
*Attorneys for Defendant Benjamin Price*

Date: September 19, 2022