IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.D., *et al*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BENJAMIN PRICE, *et al*, <br><br> *Defendants*. | Civil Action No. 2:20-cv-749 <br><br> Hon. William S. Stickman IV |

## WITNESS LIST

Benjamin Paul Price   09/21/22

Detective Nicholas Deaton   09/21/22

Dr. Randall Tackett   09/21/22

Virginia Holm   09/21/22

Dequavius Baker by video   09/21/22

Suzan Shaw by video   09/21/22

Jan Burton by video   09/21/22

Spencer Hutchinson by video   09/21/22

Russell Dingman   09/21/22

Russell Dingman   09/22/22

Renee Asay   09/22/22

Vincent Pilloli   09/22/22

Jennie Dingman   09/22/22

First Officer Bradford Frost by video   09/22/22

Benjamin Price   09/22/22

Juavesha Stephens by video   09/22/22

Captain James McKenzie III   09/23/22