IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**2022**

J. D., et al v. Benjamin Price, et al   Civil No. 2:20-cv-749

**TRIAL EXHIBIT LIST**

| Joint Exhibit No. | Plaintiff's Exhibit No. | Defendant's Exhibit No. | Court Exhibit No. | Description |
|---|---|---|---|---|
| | P2 | | | Guilty Plea and Plea Agreement |
| | P3 | | | Warrantless Arrest Probable Cause Affidavit |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |