IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.D., *et al*,<br><br>           *Plaintiffs*,<br><br>v.<br><br>BENJAMIN PRICE, *et al*,<br><br>           *Defendants*. | Civil Action No. 2:20-cv-749<br><br>Hon. William S. Stickman IV |

## **VERDICT FORM**

**Question 1**

    a) Did Benjamin Price commit an assault upon Jennie Dingman?

        Yes___   No _X_

    b) Did Benjamin Price commit a battery upon Jennie Dingman?

        Yes___   No _X_

*If your answer to a) and/or b) is "yes," proceed to c). If your answer to both is "no," proceed to Question 2.*

    c) Was the assault and/or battery a factual cause of any harm to Jennie Dingman?

        Yes___   No___

*Proceed to Question 2.*

**Question 2**

    a) Was Delta Air Lines, Inc. negligent?

        Yes___   No _X_

<mark>    b) Was HMSHost International, Inc. negligent?</mark>

<mark>        Yes___    No_X_</mark>

*If your answer to a) and/or b) is "yes," proceed to c) and d). If your answer to both is "no," proceed to Question 3.*

    c) If you answered, "Yes" as to Delta Air Lines, Inc., was its negligence a factual cause of any harm to Jennie Dingman?

        Yes___    No___

    d) If you answered, "Yes" as to HMSHost International, Inc., was its negligence a factual cause of any harm to Jennie Dingman?

        Yes___    No___

*Proceed to Question 3.*

**Question 3**

For each party whose conduct (as to Benjamin Price) and/or negligence (as to Delta Air Lines, Inc. and/or HMSHost International, Inc.) you found to be a factual cause of Jennie Dingman's harm, allocate the percentage of her harm (out of a total of 100%) caused by each. Do not apportion fault to any party whose conduct you <u>did not</u> find to be a factual cause of Jennie Dingman's harm:

    Benjamin Price              0  %

    Delta Air Lines, Inc.       0  %

<mark>2</mark>

HMSHost International, Inc. ⓞ %

*Proceed to Question 4.*

**Question 4**

State the amount of damages, if any, sustained by Jennie Dingman as a result of the occurrence, from the time of the injury to the present, and future pain and suffering, embarrassment and humiliation, and loss of enjoyment of life:

$ ⓞ 

*If you have found that Jennie Dingman cannot recover against any Defendant, your deliberations are complete. Do not answer Question 5. If you found that Jennie Dingman may recover against any Defendant, proceed to Question 5.*

**Question 5**

   a) Did Russell Dingman experience the loss of Jennie Dingman's affection, support, comfort, companionship, assistance, and sexual relations as a result of the conduct of any of the Defendants?

   Yes____ No____

*If your answer to a) is "yes," proceed to b. If your is "no," your deliberations are complete.*

   b) State the amount of damages, if any, sustained by Russell Dingman as a result of the past, present and future loss of Jennie Dingman's affection, support, comfort, companionship, assistance, and sexual relations.

3

$_____

You have reached the end of the Verdict Form. Please sign and date this form and alert the Court that you have reached a verdict.

Date: 9-23-2022

_____
Foreperson

| | |
|---|---|
| Juror #1 | Danny Sonsini |
| Juror #2 | Darlene S. Morris |
| Juror #3 | Lori J. Waddell |
| Juror #4 | _[signature]_ |
| Juror #5 6 | Lisa Gee |
| Juror #6 5 | _[signature]_ |
| Juror #7 | Patricia Dorman |
| Juror #8 | DAN CASEY |