AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of PA

| | |
|---|---|
| J. D., et al <br> *Plaintiff* <br> v. <br> Benjamin Price, et al <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:20-cv-749 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   verdict in favor of defendants

This action was *(check one)*:

☒ tried by a jury with Judge   William S. Stickman IV   presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:   09/23/2022                                  *CLERK OF COURT*

                                                                                       s/ Elizabeth C. Abbott
                                                                                       *Signature of Clerk or Deputy Clerk*