IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.D and R.D., | : CIVIL ACTION NO. 2:20-cv-749 |
| | : |
| Plaintiffs, | : |
| vs. | : |
| | : |
| BENJAMIN PRICE, SULZER TURBO | : |
| SERVICES NEW ORLEANS, INC., | : |
| DELTA AIR LINES, INC., OHIO | : |
| VALLEY BISTROS, INC., HOST | : |
| INTERNATIONAL, INC. and | : |
| HMSHOST CORPORATION | : |
| | : |
| Defendants. | : |

## DEFENDANTS HOST INTERNATIONAL, INC. AND HMSHOST CORPORATION'S NOTICE OF INTENT TO REQUEST REDACTION

AND NOW come Defendants, Host International, Inc., and HMSHost Corporation, (collectively, "HMS"), by and through their counsel, Rawle & Henderson LLP, and file the following Notice of Intent to Request Redaction.

Pursuant to the Order of Judge William Stickman IV, dated October 20, 2022, Defendants hereby file this Notice of Intent to Request Redaction in this matter.

Respectfully submitted,

**RAWLE & HENDERSON, LLP**

BY:   */s/ Thomas DiStefano*
        Maureen E. Daley, Esquire
        Pa. I.D. #75000
        Thomas DiStefano, Esquire
        Pa. I.D. #202847

16461352-1

2

The Henry W. Oliver Building
Suite 1000
535 Smithfield Street
Pittsburgh, PA  15222
(412) 261-5700
MDaley@rawle.com
tdistefano@rawle.com
Counsel for Defendant Host International,
Inc., HMSHost Corporation

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 25, 2022, a true and correct copy of the foregoing **DEFENDANTS HOST INTERNATIONAL, INC. AND HMSHOST CORPORATION'S NOTICE OF INTENT TO REQUEST REDACTION** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and/or parties of record.

Respectfully submitted,

**RAWLE & HENDERSON, LLP**

BY:     */s/ Thomas DiStefano*
        Maureen E. Daley, Esquire
        Pa. I.D. #75000
        Thomas DiStefano, Esquire
        Pa. I.D. #202847
        The Henry W. Oliver Building
        Suite 1000
        535 Smithfield Street
        Pittsburgh, PA  15222
        (412) 261-5700
        MDaley@rawle.com
        tdistefano@rawle.com
        Counsel for Defendant Host International,
        Inc., HMSHost Corporation

11888684-1